# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __**Cheryl L. Pollak**__          DATE : __**5/11/21**__

DOCKET NUMBER: __**21CR254(RPK)**__          WebEx LOG #: __**4:15-4:45**__

DEFENDANT'S NAME : __**Robert Hassett**__
          __X__ Present     ___ Not Present      __X__ Custody     ___ Bail

DEFENSE COUNSEL: __**Lisa Scolari**__
          ___ Federal Defender     __X__ CJA          ___ Retained

A.U.S.A: __**Ryan Harris**__          CLERK: __**Lewis Hugh**__

INTERPRETER : _____          (Language)

__X__  Defendant arraigned on the : __X__ indictment  ___ superseding indictment ___ probation violation

__X__    Defendant pleads NOT GUILTY  to ALL counts.

__X__    DETENTION HEARING Held.   __X__  Defendant's first appearance.

    __X__    Bond set at __**$200,000**__.  Defendant __X__ released ___ held pending
         satisfaction of bond conditions.

    __X__    Defendant advised of bond conditions set by the Court and gave consent to the court to
         sign the bond on his behalf.

    __1__    Surety(ies) sworn, advised of bond obligations by the Court and gave consent to the court
         to sign the bond on her behalf.

    __1__    (Additional) surety/ies to co-sign bond by __**5/18/21**__

    ____    After hearing, Court orders detention  in custody.   ____ Leave to reopen granted

____    Temporary Order of Detention Issued.  Bail Hearing set for _____

____    At this time, defense counsel states on the record that the defendant does not have a bail
      application / package. Order of detention entered with leave to reapply to a Magistrate
      or to the District Court Judge to whom the case will be assigned.

__X__    Oral Order of Excludable Delay/Speedy Trial  entered.  Start __**5/11/21**__   Stop   __**5/19/21**__

____    Rule 5f warnings given to the Govt.   ____ Medical memo issued.

__X__   Status conference set for   __**5/19/21@**__   __**12:00 pm**__   before Judge   __**Kovner**__

Other Rulings :   **All parties appeared via video/teleconference. Dft appeared via video. Pretrial Officer Robert Long appeared via teleconference. Dfse counsel & govt agree on a $200,000 with 1 surety. 1 surety appeared via teleconference, sworn & advised of the bond obligations.  Co-owner of the property to sign the bond by 5/18/21.**