UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

                  Plaintiff,

-against-

ROBERT HASSETT,

                  Defendant.
-------------------------------------------------------X

Docket No.: CR 21-254 (RPK)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JONATHAN MANLEY does hereby enter his appearance on behalf of Defendant ROBERT HASSETT. Any and all correspondence, documents, notices and filings should also be forwarded to JONATHAN MANLEY, ESQ., 1200 Veterans Highway, Suite 360, Hauppauge, New York 11788.

Dated: Hauppauge, New York
       May 14, 2021

Respectfully submitted,

\ S \
_____

**JONATHAN MANLEY**
**1200 Veterans Memorial Highway**
**Suite 360**
**Hauppauge, New York 11788**
**(631) 361-5360**
**(631) 361-5365**