

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. #2019R00206

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 15, 2021

<u>By ECF</u>

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Robert Hassett</u>
              <u>Criminal Docket No. 21-254 (RPK)</u>

Dear Judge Kovner:

      The government respectfully submits, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, a stipulated protective order that limits the disclosure of certain sensitive material in the above-referenced case. Due to the nature of the conduct at issue in this matter and the nature of the evidence of that conduct, unrestricted disclosure of certain information could create a safety risk for potential witnesses. Accordingly, the government and counsel for the defendant have jointly agreed to a stipulated protective order, which is attached hereto.

      For the foregoing reasons, the government respectfully requests that the Court so-order the attached stipulated protective order.

                          Respectfully submitted,

                          MARK J. LESKO
                          Acting United States Attorney

              By:    /s/
                          Ryan C. Harris
                          Nicholas J. Moscow
                          Assistant U.S. Attorneys
                          (718) 254-7000

cc:    Jonathan Manley, Esq. (by ECF)
       Clerk of the Court (RPK) (by ECF)