

September 16, 2022

Hon. Rachel P. Kovner.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: USA v. Robert Hassett**
    **21-cr-00254 (RPK)**

Dear Honorable Judge Kovner:

     As your aware our office represents Mr. Hassett on the above refenced matter. Mr. Hassett is currently scheduled to surrender to FCI Berlin in New Hampshire on October 3, 2022. Defendant requests an extension of his surrender date to January 2, 2023, after the Christmas holidays. As the Court is aware, Mr. Hassett has three very young children and is a devout Christian. I have conferenced this request with AUSA Ryan Harris and the government does not object to this request.
     Should there be any issues with this request or you have any questions or concerns, please do not hesitate to contact the undersigned. Thank you for your attention and courtesy regarding this matter.

                                          Sincerely,

                                       *Jonathan B. Manley*

                                     Jonathan B. Manley, Esq.
                               The Law Office of Jonathan B. Manley

JBM/js